

FILED
CLERK, U.S. DISTRICT COURT
FEB 1 0 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Alex Campos DEFENDANT(S). | CASE NUMBER CR15-00031-UA ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __2/13/15__, ____, at __11:06__ ☑ a.m. / ☐ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    (Other custodial officer)

Dated: __2/10/15__                    __Ralph Zarefsky__
                                       U.S. District Judge/Magistrate Judge